Ronald Wilcox, Esq., 176601  
2160 The Alameda, First Floor, Suite F  
San Jose, CA 95126  
Tel: (408) 296-0400  
Fax: (408) 296-0486  

*E-filed 12/27/06*

**ATTORNEY FOR PLAINTIFF**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RACHELLE VLASTELICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NCO FINANCIAL SYSTEMS, INC. and ) <br> LEADING EDGE RECOVERY ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-06111 HRL <br><br> PLAINTIFF'S REQUEST TO CONTINUE JANUARY 2, 2007 CMC to FEBRUARY, 27, 2007, and [~~PROPOSED~~] ORDER |

Plaintiff has served one Defendant with the Complaint, and the other is in the process of being served. No Answer has been filed yet.

Therefore, Plaintiff respectfully requests the Case Management Conference be continued for approximately 60 days, from January 2, 2007 to February 27, 2007.

/s/Ronald Wilcox                                                    12/22/06  
Ronald Wilcox                                                       Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] ORDER

In light of Plaintiff's request, the Court hereby continues the January 2, 2007, Case Management Conference to __2/27/07_____ at 1:30 p.m.

**IT IS SO ORDERED.**

Date:   12/27/06

_____
HON. HOWARD LLOYD, U.S. Magistrate Judge

PLAINTIFF'S REQUEST TO CONTINUE CMC