1 | Mark E. Ellis - 127159
    Andrew M. Steinheimer - 200524
2 | ELLIS, COLEMAN, POIRIER, LaVOIE
    & STEINHEIMER, LLP
3 | 555 University Avenue, Suite 200 East
    Sacramento, CA  95825
4 | Telephone:    (916) 283-8820
    Facsimile:     (916) 283-8821
5 |
6 | Attorneys for Defendant NCO FINANCIAL SYSTEMS, INC.

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | RACHELLE VLASTELICA,              | Case No.:  C 06-06111 JW
13 |        Plaintiff,                 |
                                       | SUBSTITUTION OF ATTORNEY; AND
14 | v.                                | PROPOSED ORDER
15 | LEADING EDGE RECOVERY SOLUTIONS,  |
    | LLC and NCO FINANCIAL SYSTEMS, INC., |
16 |                                   |
    |        Defendants.                |
17

18

19    Defendant NCO FINANCIAL SYSTEMS, INC., hereby substitutes ELLIS, COLEMAN,
20 POIRIER, LaVOIE & STEINHEIMER, LLP, 555 University Avenue, Suite 200 East, Sacramento,
21 California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record in the above-
22 entitled action, instead and in place of SESSIONS FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
23    I consent to this substitution.

24 Dated: March 6, 2007                _____
25                                     Joshua Gindin,
                                       General Counsel on behalf of Defendant
26                                     NCO FINANCIAL SYSTEMS, INC.

27 | / / / /

28 | / / / /

- 1 -
SUBSTITUTION OF ATTORNEY; AND PROPOSED ORDER

1     I consent to this substitution.

2   Dated: March 7, 2007                SESSIONS FISHMAN & NATHAN IN CALIFORNIA, L.L.P.

3

4                                      Debbie P. Kirkpatrick
                                        Former attorney for Defendant

5                                        NCO FINANCIAL SYSTEMS, INC.

6     I consent to this substitution.

7   DATED: March 8, 2007

8                                         ELLIS, COLEMAN, POIRIER, LaVOIE & STEINHEIMER, LLP

9

10                                     By _____
                                        Andrew M. Steinheimer

11                                        New Attorneys for Defendant
                                        NCO FINANCIAL SYSTEMS, INC.

12

13     IT IS SO ORDERED:

14   Dated: _____3/9/2007_____

15                                       Judge of the United States District Court
                                      Northern District of California

16

17

18

19

20

21

22

23

24

25

26

27

28