```
Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LaVOIE
   & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:   (916) 283-8820
Facsimile:   (916) 283-8821
```

**FILED**

MAY -- 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendants
LEADING EDGE RECOVERY SOLUTIONS, LLC and NCO FINANCIAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF

| | |
|---|---|
| RACHELLE VLASTELICA,<br><br>　　Plaintiff,<br><br>v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC and NCO FINANCIAL SYSTEMS, INC.,<br><br>　　Defendants. | Case No.: C 06-06111 JW<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANT'S COMPANY REPRESENTATIVE FROM PERSONAL APPEARANCE AT MEDIATION<br><br>DATE:　May 14, 2007<br>TIME:　9:30 A.M. |

The Court hereby grants defendant's request and orders that the company representative of Leading Edge Recovery Solutions, LLC, Dan Beam, is excused from personal appearance at the May 14, 2007 mediation. Leading Edge's representative is required to be immediately available by telephone for the duration of the mediation.

IT IS SO ORDERED.

Date: 5/1, 2007

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

- 1 -

[PROPOSEd] ORDER EXCUSING DEFENDANT'S COMPANY REPRESENTATIVE FROM PERSONAL APPEARANCE AT MEDIATION